1  Andrea M. Kimball, State Bar No. 196485
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Plaintiff MedImpact
   Healthcare Systems, Inc.

FILED
08 MAR 28 PM 2:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, <br><br>    Plaintiff, <br><br>v. <br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; <br>RICHARD SCOT GIAMBRUNO, an individual; <br>THOMAS N. TABBACK, an individual; and <br>INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company, <br><br>    Defendants. | Case No. 08 CV 0590 BTM CAB <br><br>**PLAINTIFF MEDIMPACT HEALTHCARE SYSTEMS, INC.'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff MedImpact Healthcare Systems, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

////

////

////

1

1     Plaintiff MedImpact Healthcare Systems, Inc., by and through their attorneys, provide the
2 following corporate disclosure statement.

3     SXC Health Solutions, Inc. an Illinois corporation;

4     Richard Scot Giambruno, an individual;

5     Thomas N. Tabback, an individual; and

6     Independence Health Strategies, a Florida limited liability company.

7 DATED: March 28, 2008     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Andrea M. Kimball
Michelle A. Herrera
Attorneys for Plaintiff MedImpact Healthcare
Systems, Inc.

101082960.1