# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 28 PM 2: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,

vs

SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0590 BTM CAB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Andrea M. Kimball, Esq.
   Luce, Forward, Hamilton & Scripps LLP
   600 West Broadway, Suite 2600
   San Diego, California 92101
   Tel: 619.233.2986; Fax: 619.645.5323

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 3/28/08 |
|---|---|
| CLERK | DATE |

By _C. PUTMANN_, Deputy Clerk

Summons in a Civil Action
Page 1 of 2
::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)
American LegalNet, Inc.
www.FormsWorkflow.com