# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br> vs. <br> SXC HEALTH SOLUTIONS, INC., <br><br> Defendant. | CASE NO. 08CV0590 BTM (CAB) <br><br> ORDER TO SHOW CAUSE |

Plaintiff filed a complaint alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Although Plaintiff alleges that the amount in controversy requirement has been met, Plaintiff has provided no specific facts or allegations that tend to show that the damages claimed exceed $75,000. The Court therefore orders the parties to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  The parties shall file written responses to this Order to Show Cause by April 18, 2008.

IT IS SO ORDERED.

DATED: April 4, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge