Andrea M. Kimball, State Bar No. 196485
E-Mail: akimball@luce.com
Michelle A. Herrera, State Bar No. 209842
E-Mail: mherrera@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff MedImpact
Healthcare Systems, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>    Defendants. | Case No. 08-CV-0590 BTM (CAB)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Barry Ted Moskowitz |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, will be represented by Michelle A. Herrera, Esq. of the law firm of Luce, Forward, Hamilton & Scripps LLP jointly with Andrea M. Kimball, Esq. of the same law firm in this action. Please add the following to the proofs of service in this matter:

/ / /

/ / /

/ / /

1

1  Michelle A. Herrera, State Bar No. 209842
   Email: mherrera@luce.com
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600,
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5
   DATED: April 10, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
6

7
                                  By: /s/Michelle A. Herrera
8                                     Andrea M. Kimball
                                      Michelle A. Herrera
9                                     Attorneys for Plaintiff MedImpact Healthcare
                                      Systems, Inc.
10

11

12
   101085366.1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28