Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,

vs

SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0590 BTM CAB

TO: (Name and Address of Defendant)

```
SXC Health Solutions, Inc., an Illinois corporation
c/o Richard Elgar Lyon, Jr., a person authorized by the corporation
to receive service
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071
```

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Andrea M. Kimball, Esq.
   Luce, Forward, Hamilton & Scripps LLP
   600 West Broadway, Suite 2600
   San Diego, California 92101
   Tel: 619.233.2986; Fax: 619.645.5323

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

Date: 3/28/08

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

Luce, Forward, Hamilton & Scripps, LLP
Andrea M. Kimball (SBN 196485)
Michelle A. Herrera (SBN 209842)
600 West Broadway
Suite 2600
San Diego, California 92101
(619) 236-1414
Attorneys for: **Plaintiff**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation<br><br>Plaintiff,<br>VS.<br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; and et al.<br><br>Defendants, | CASE NUMBER<br><br>**08 CV 0590 BTM CAB**<br><br>**PROOF OF SERVICE-<br>SUMMONS AND COMPLAINT** |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** the copies of the:
    a.  [X] summons in a civil action   [X] complaint   [ ] alias summons   [ ] first amended complaint
                                                                            [ ] second amended complaint
                                                                            [ ] third amended complaint

    [X] Other: **PLAINTIFF MEDIMPACT HEALTHCARE SYSTEMS, INC.'S NOTICE OF INTERESTED PARTIES; CIVIL CASE COVER SHEET**

2.  **Person served**
    a.  [X] Defendant (name): **SXC HEALTH SOLUTIONS, INC., an Illinois corporation**

    b.  [X] Other *(specify name and title or relationship to the party/business named)*: **Richard Elgar Lyon Jr., a person authorized by the corporation to receive service.**
        **person to accept service of process**

    c.  [X] Address where papers were served: **633 West Fiffth Street, 21st Floor, Los Angeles, California 90071**

3.  **Manner of service** in compliance with:     (The appropriate box *must* be checked):
    a.  [X] Federal Rules of Civil Procedure
        [ ] California Code of Civil Procedure

4.  I served the person named in item 2
    a.  [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent guardian conservator or similar fiduciary and to the minor if at least 12 years of age.
        1.  [X]   papers were served on (date): **4/3/08**                               at (time): **12:40 p.m.**
    b.  [ ] By **Substituted service**. By leaving copies:
        1.  [ ]   **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served, in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  [ ]   **(business)** or a person apparently in-charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  [ ]   papers were served on (date):_____at (time):_____

        4.  [ ]   by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place where the copies were left in item 2(c).

        5.  [ ]   papers were mailed on (date):_____

        6.  [ ]   **due diligence**: I made at least three (3) attempts to personally serve the defendant

---

CV-1 (4/01)              **PROOF OF SERVICE – SUMMONS AND COMPLAINT**                Page 1

c.     [ ] **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two(2) copies of the form of waiver of service of summons and complaint and a return envelope postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**

d.     [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(b))(C.C.P. 416.10)** By Delivering during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to received service of process and, if the agent is one authorized by statute to received service and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy of the defendant.

e.     [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity, (C.C.P. 415.20 only)** By leaving, during usual office hours, a copy of the summons and complaint in the office of the person to be served with the person who apparently was in-charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the person at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California secretary of State Requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f.     [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g.     [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt to the person served.)**

h.     [ ] Other (specify code section and type of service): _____

5. **Service upon the United States, and Its Agencies, Corporation or Officers.**

a.     [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____
(PRINT NAME)

Title of person served: _____
(PRINT NAME)

Date and time of service: _____ at _____ AM/PM _____

b.     [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served.)**

c.     [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation. **(Attach signed return receipt or other evidence of actual receipt by the person served.)**

6. At the time of service, I was at least 18 years of age and not a party to this action.

7. Person Serving *(name, address, and telephone No.)*:
**Armando Gonzalez**
**Cal Express Attorney and Messenger Service**
1524 Pizarro Street
Los Angeles, Ca 90026
(213) 989-7890

Fee for service: $
Registered California process server.
Employee or independent contractor.
Registration No.: **248**
County: **SAN DIEGO**

I declare under penalty of perjury that the foregoing is true and correct.

Date: **April 3, 2008**

_____ *(signature)*