# Exhibit 1

101088152.1

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L07000118270
FILED 8:00 AM
November 27, 2007
Sec. Of State
nculligan

## Article I
The name of the Limited Liability Company is:
   INDEPENDENCE HEALTH STRATEGIES, LLC.

## Article II
The street address of the principal office of the Limited Liability Company is:
   837 BAYTREE LANE
   PONTE VEDRA BEACH, FL. US  32082

The mailing address of the Limited Liability Company is:
   837 BAYTREE LANE
   PONTE VEDRA BEACH, FL. US  32082

## Article III
The purpose for which this Limited Liability Company is organized is:
   HEALTHCARE CONSULTING.

## Article IV
The name and Florida street address of the registered agent is:
   SCOT GIAMBRUNO
   837 BAYTREE LANE
   PONTE VEDRA BEACH, FL.  32082

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:   SCOT GIAMBRUNO

Exhibit 1
18

## Article V

The name and address of managing members/managers are:

   Title: MGRM
   SCOT GIAMBRUNO
   837 BAYTREE LANE
   PONTE VEDRA BEACH, FL.   32082   US

   Title: MGRM
   TOM TABBACK
   12 WHITE MAGNOLIA CIRCLE
   LAKEWAY, TX.   78734   US

L07000118270
FILED 8:00 AM
November 27, 2007
Sec. Of State
nculligan

## Article VI

The effective date for this Limited Liability Company shall be:
   11/26/2007

Signature of member or an authorized representative of a member
Signature: R. SCOTLEN GIAMBRUNO

Exhibit 1

19