1   Andrea M. Kimball, State Bar No. 196485
    Michelle A. Herrera, State Bar No. 209842
2   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
3   San Diego, California 92101-3372
    Telephone No.: 619.236.1414
4   Facsimile No.: 619.232.8311

5   Attorneys for Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9

10

| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation | Case No.: 08-CV-0590 BTM (CAB) |
|---|---|
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company, | |
| Defendants. | |

21       I, Jeannine L. Liskowiak,  declare as follows:

22       I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose

23   address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.  I am over

24   the age of eighteen years, and am not a party to this action.

25   / / /

26   / / /

27   / / /

28   / / /

                                    1          Case No. 08-CV-0590 BTM (CAB)

1    On April 21, 2008, I served the following:

2    **FIRST AMENDED COMPLAINT FOR (1) MISAPPROPRIATION OF TRADE SECRETS; (2) INTENTIONAL INTERFERENCE WITH**
3    **PROSPECTIVE ECONOMIC ADVANTAGE; (3) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; (4)**
4    **UNFAIR COMPETITION – CAL. BUS. & PROF. CODE § 17200, *ET SEQ.;* AND (5) INJUNCTIVE RELIEF**

5    on the interested party listed below in this action by:

6    **ELECTRONIC MAIL**

7    Richard Elgar Lyon, Jr., Esq., HOLLAND + KNIGHT
8    richard.lyon@hklaw.com

9    Attorney for Defendant,  SXC HEALTH SOLUTIONS, INC., an Illinois
10   corporation.

11

12   I declare under penalty of perjury under the laws of the State of California that the

13   foregoing is true and correct.

14   Executed at San Diego, California on April 21, 2008.

15

16

17   Jeannine L. Liskowiak

18

19   101088772.1

20

21

22

23

24

25

26

27

28