| | |
|---|---|
| 1 | Andrea M. Kimball, State Bar No. 196485 |
|   | Michelle A. Herrera, State Bar No. 209842 |
| 2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
|   | 600 West Broadway, Suite 2600 |
| 3 | San Diego, California 92101-3372 |
|   | Telephone No.: 619.236.1414 |
| 4 | Fax No.: 619.232.8311 |
| 5 | Attorneys for Plaintiff MedImpact |
|   | Healthcare Systems, Inc. |
| 6 | |
| 7 | Richard E. Lyon, Jr., State Bar No. 46928 |
|   | HOLLAND & KNIGHT LLP |
| 8 | 633 West Fifth Street, 21st Floor |
|   | Los Angeles, California 90071 |
| 9 | Telephone No.: 213-896-2400 |
|   | Fax No.: 213-896-2450 |
| 10 | |
|    | Attorneys for Defendant SXC Health |
| 11 | Solutions, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, | ) | Case No. 08-CV-0590 BTM(CAB) |
| Plaintiff, | ) | **JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT SXC HEALTH SOLUTIONS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | ) | |
| SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company, | ) | |
| Defendants. | ) | |

/ / /

/ / /

/ / /

/ / /

Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. ("MEDIMPACT") and Defendant SXC HEALTH SOLUTIONS, INC. ("SXC"), by and through their respective counsel, hereby jointly move, pursuant to Local Rule 12.1, that Defendants' time to file any and all pleadings responsive to the First Amended Complaint in the above-captioned matter shall be enlarged to May 15, 2008. This Joint Motion is based on the following facts:

MEDIMPACT filed its original Complaint on March 28, 2008, and it First Amended Complaint on April 18, 2008. SXC was served with the First Amended Complaint on April 21, 2008. SXC has requested a short enlargement of time up to and including May 15, 2008 to respond to the Fist Amended Complaint. MEDIMPACT has no objection to the requested enlargement.

There have been no previous requests from, or granted by, this Court for enlargement of time in this matter, and no party would be prejudiced by this brief delay.

DATED: May 7, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                            By:   s/Andrea M. Kimball
                                  Andrea M. Kimball
                                  Michelle A. Herrera
                                  Attorneys for Plaintiff MedImpact Healthcare
                                  Systems, Inc.


DATED: May 7, 2008          HOLLAND & KNIGHT LLP


                            By:   s/Richard E. Lyon, Jr.
                                  Richard E. Lyon, Jr.
                                  Attorneys for Defendant SXC Health Solutions, Inc.

101092636.1