Andrea M. Kimball, State Bar No. 196485
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Facsimile No.: 619.232.8311

Attorneys for Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>    Defendants. | Case No.: 08-CV-0590 BTM (CAB)<br><br>**DECLARATION OF SERVICE** |

    I declare as follows:

    I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

    On May 7, 2008, I caused the following to be served:

    **1.    JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT SXC HEALTH SOLUTIONS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT.**

1 | **Electronic Mail Notice List**

2 | The following are those who are currently on the list to receive e-mail notices for

3 | this case.

4 | No electronic notice recipients.

5 | **Manual Notice List**

6 | The following is the list of attorneys who are **not** on the list to receive e-mail

7 | notices for this case (who therefore require manual noticing).

8 | Richard E. Lyon, Jr., Esq.
Holland & Knight LLP
9 | 633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
10 | Telephone No.:     213.896.2400
Facsimile No.:     213.896.2450

11 |

12 | I declare that I am employed in the office at whose direction the service was made.

13 | Executed at San Diego, California on May 7, 2008.

14 |

15 | s/Andrea M. Kimball
Attorneys for

16 |

17 | 101092716.1

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |