1  Christopher Tayback (Bar No. 145532)
    christayback@quinnemanuel.com
2  Ryan S. Goldstein (Bar No. 208444)
    ryangoldstein@quinnemanuel.com
3  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:    (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Daryl M. Crone (Bar No. 209610)
    dcrone@bmchlaw.com
7  BAKER MARQUART CRONE & HAWXHURST LLP
   10990 Wilshire Boulevard, Fourth Floor
8  Los Angeles, California 90024
   Telephone:    (424) 652-7800
9  Facsimile:    (424) 652-7850

10 Attorneys for Defendants
   Richard Scot Giambruno, Thomas N. Tabback
11 and Independence Health Strategies, LLC

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>Defendants. | Case No.: 08-CV-0590 BTM (CAB)<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Judge:  Hon. Barry Ted Moskowitz<br>Ctrm.:  15 – Fifth Floor<br>Date:   June 27, 2008<br>Time:   11:00 a.m.<br><br>**DEFENDANTS RICHARD SCOT GIAMBRUNO'S, THOMAS N. TABBACK'S AND INDEPENDENCE HEALTH STRATEGIES, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO <u>FED. R. CIV. P. 12(B)(6)</u>**<br><br>Date Filed:  March 28, 2008<br>Trial Date:  None Set |

{00011443.DOC - v1}

Case No. 08-CV-0590 BTM (CAB)
NOTICE OF MOTION AND MOTION TO DISMISS

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 27, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Barry Ted Moskowitz, in Courtroom 15 (Fifth Floor) of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, defendants Richard Scot Giambruno, Thomas N. Tabback and Independence Health Strategies, LLC (the "IHS Defendants") will, and hereby do, move for an order dismissing the Second through Fifth Claims for Relief set forth in the First Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE THAT there shall be no oral argument on the motion, unless requested by the Court.

Good cause exists to grant this motion. In addition to misappropriation of trade secrets, plaintiff brings a variety of other claims that are also based on its allegations of trade secret theft. All such claims are preempted by California's Trade Secrets Act. Therefore, the motion should be granted and the Second through Fifth Claims in the First Amended Complaint should be dismissed, without leave to amend.

This motion is based upon this motion; the concurrently-submitted Memorandum of Points and Authorities; all pleadings and other records on file in this action; and such further evidence and arguments as may be presented at or before any hearing on the motion. A proposed order is respectfully submitted herewith.

1 | DATED: May 9, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

BAKER MARQUART CRONE &
HAWXHURST LLP


By   /s/ Daryl M. Crone
    Daryl M. Crone
    Attorneys for Defendants
    Richard Scot Giambruno, Thomas N. Tabback
    and Independence Health Strategies, LLC