1 Christopher Tayback (Bar No. 145532)
   christayback@quinnemanuel.com
2 Ryan S. Goldstein (Bar No. 208444)
   (ryangoldstein@quinnemanuel.com)
3 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 865 South Figueroa Street, 10th Floor
4 Los Angeles, California 90017-2543
 Telephone:    (213) 443-3000
5 Facsimile:    (213) 443-3100

6 Daryl M. Crone (Bar No. 209610)
   dcrone@bmchlaw.com
7 BAKER MARQUART CRONE & HAWXHURST LLP
 10990 Wilshire Boulevard, Fourth Floor
8 Los Angeles, California 90024
 Telephone:    (424) 652-7800
9 Facsimile:    (424) 652-7850

10 Attorneys for Defendants
 Richard Scot Giambruno, Thomas N. Tabback
11 and Independence Health Strategies, LLC

12                 UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

15 MEDIMPACT HEALTHCARE SYSTEMS,          Case No.: 08-CV-0590 BTM (CAB)
 INC., a California corporation,
16                                          **DEFENDANT INDEPENDENCE
                   Plaintiff,              HEALTH STRATEGIES, LLC'S
17                                          DISCLOSURE PURSUANT TO <u>FED. R.
          v.                                CIV. P.</u> 7.1**
18
 SXC HEALTH SOLUTIONS, INC., an
19 Illinois corporation; RICHARD SCOT     Date Filed:   March 28, 2008
 GIAMBRUNO, an individual; THOMAS N.      Trial Date:   None Set
20 TABBACK, an individual; and
 INDEPENDENCE HEALTH STRATEGIES,
21 a Florida limited liability company,

22                 Defendants.

23

24

25

26

27

28

BAKER MARQUART CRONE & HAWXHURST LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1, defendant
Independence Health Strategies, LLC, reports that it has no parent corporation and that no publicly
held corporation owns more than 10% of its stock / membership interests.

DATED:  May 9, 2008                    QUINN EMANUEL URQUHART
                                       OLIVER & HEDGES, LLP

                                       BAKER MARQUART CRONE &
                                       HAWXHURST LLP


                                       By    /s/ Daryl M. Crone
                                          Daryl M. Crone
                                          Attorneys for Defendants
                                          Richard Scot Giambruno, Thomas N. Tabback
                                          and Independence Health Strategies, LLC

BAKER MARQUART CRONE & HAWXHURST LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850