1 | Christopher Tayback (Bar No. 145532)
    christayback@quinnemanuel.com
2 | Ryan S. Goldstein (Bar No. 208444)
    (ryangoldstein@quinnemanuel.com)
3 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    865 South Figueroa Street, 10th Floor
4 | Los Angeles, California 90017-2543
    Telephone:    (213) 443-3000
5 | Facsimile:    (213) 443-3100

6 | Daryl M. Crone (Bar No. 209610)
    dcrone@bmchlaw.com
7 | BAKER MARQUART CRONE & HAWXHURST LLP
    10990 Wilshire Boulevard, Fourth Floor
8 | Los Angeles, California 90024
    Telephone:    (424) 652-7800
9 | Facsimile:    (424) 652-7850

10 | Attorneys for Defendants
     Richard Scot Giambruno, Thomas N. Tabback
11 | and Independence Health Strategies, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>Defendants. | Case No.: 08-CV-0590 BTM (CAB)<br><br>**DEFENDANTS RICHARD SCOT GIAMBRUNO'S, THOMAS N. TABBACK'S AND INDEPENDENCE HEALTH STRATEGIES, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Date Filed:    March 28, 2008<br>Trial Date:    None Set |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned, counsel of record for defendants Richard Scot Giambruno, Thomas N. Tabback and Independence Health Strategies, LLC, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. MedImpact Healthcare Systems, Inc.
2. SXC Health Solutions, Inc.
3. Richard Scot Giambruno
4. Thomas N. Tabback
5. Independence Health Strategies, LLC.

DATED: May 9, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

BAKER MARQUART CRONE & HAWXHURST LLP

By  /s/ Daryl M. Crone
Daryl M. Crone
Attorneys for Defendants
Richard Scot Giambruno, Thomas N. Tabback and Independence Health Strategies, LLC