1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  MEDIMPACT HEALTHCARE SYSTEMS,          Case No. 08-CV-0590 BTM(CAB)
    INC., a California corporation,

12
           Plaintiff,                      **ORDER  GRANTING JOINT MOTION**
13                                         **FOR ENLARGEMENT OF TIME FOR**
    v.                                     **DEFENDANT SXC HEALTH**
14                                         **SOLUTIONS, INC. TO RESPOND TO**
    SXC HEALTH SOLUTIONS, INC., an         **FIRST AMENDED COMPLAINT**
15  Illinois corporation;
    RICHARD SCOT GIAMBRUNO, an
16  individual;
    THOMAS N. TABBACK, an individual; and
17  INDEPENDENCE HEALTH STRATEGIES,
    a Florida limited liability company,
18
           Defendants.
19

20         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

21         The Court hereby grants Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. and

22  Defendant SXC HEALTH SOLUTIONS, INC.'s Joint Motion for Enlargement of Time to

23  Respond to First Amended Complaint.  Defendant SXC HEALTH SOLUTIONS, INC. shall have

24  an enlargement of time up to May 15, 2008 to file any and all pleadings responsive to the First

25  Amended Complaint.

26  DATED:  May 12, 2005

27                                         Hon. Barry T. Moskowitz
                                           United States District Judge
28