1  Andrea M. Kimball, State Bar No. 196485
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Facsimile No.:  619.232.8311

5  Attorneys for Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC.

6

7
                        UNITED STATES DISTRICT COURT
8
                     SOUTHERN DISTRICT OF CALIFORNIA
9

10
   MEDIMPACT HEALTHCARE              Case No.: 08-CV-0590 BTM (CAB)
11 SYSTEMS, INC., a California
   corporation                       **PROOF OF PERSONAL SERVICE
12                                    OF FIRST AMENDED
           Plaintiff,                COMPLAINT**
13
   v.
14
   SXC HEALTH SOLUTIONS, INC., an
15 Illinois corporation; RICHARD SCOT
   GIAMBRUNO, an individual;
16 THOMAS N. TABBACK, an individual;
   and INDEPENDENCE HEALTH
17 STRATEGIES, a Florida limited liability
   company,
18
           Defendants.
19

20

21

22

23

24

25

26

27

28

                                              Case No. 08-CV-0590 BTM (CAB)

TOTAL P.002

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
COUNTY OF LOS ANGELES          )

       I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1524 Pizarro Street, Los Angeles, California 90026.

       On April 25, 2008, at 4:40 p.m. I served **FIRST AMENDED COMPLIANT (1) MISAPPROPRIATION OF TRADE SECRETS; (2) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; (3) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; (4) UNFAIR COMPETITION-CAL. BUS. & PROF. CODE § 17200, ET SEQ; AND (5) INJUNCTIVE RELIEF; DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daryl M. Crone, Esq.
Authorized Agent for Richard Scot Giambruno, Thomas N. Tabback and Independence Health Strategies
Baker Marquart Crone & Hawxhurst, LLP
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California 90024

Person Served: **Christine Chori**, a person authorized by the corporation to receive service,

[ ]    **(BY MAIL)**   I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that no motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY FACSIMILE)**   I caused such document to be delivered by facsimile transmission to the offices of the addressee.

[X]    **(BY PERSONAL DELIVERY)**   I caused such envelope to be delivered by hand to the addressee.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

_____        _____
**Cesar Lara**
      *PRINT NAME*                                             *SIGNATURE*