1  Andrea M. Kimball, State Bar No. 196485
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Facsimile No.: 619.232.8311

5  Attorneys for Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC.

6

7
                    UNITED STATES DISTRICT COURT
8
                    SOUTHERN DISTRICT OF CALIFORNIA
9

10

11  MEDIMPACT HEALTHCARE              Case No.: 08-CV-0590 BTM (CAB)
    SYSTEMS, INC., a California
    corporation                       **DECLARATION OF SERVICE**
12
13          Plaintiff,

14  v.

15  SXC HEALTH SOLUTIONS, INC., an
    Illinois corporation; RICHARD SCOT
16  GIAMBRUNO, an individual;
    THOMAS N. TABBACK, an individual;
17  and INDEPENDENCE HEALTH
    STRATEGIES, a Florida limited liability
18  company,

19          Defendants.

20

21       I declare as follows:

22       I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP,

23  whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I

24  am a member of the bar of this court, over the age of eighteen years and not a party to this

25  action.

26       On May 12, 2008, I caused the following to be served:

27  **PROOF OF PERSONAL SERVICE OF FIRST AMENDED COMPLAINT**

28

                                      1          Case No. 08-CV-0590 BTM (CAB)

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

| |
|---|
| Andrea Kimball, akimball@luce.com, bblock@luce.com, jguerrero@luce.com |
| Michelle A. Herrera, mherrera@luce.com, jliskowiak@luce.com |
| Daryl Marc Crone, dcrone@bmchlaw.com, cal@bmchlaw.com |

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Richard E. Lyon, Jr., Esq.
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone No.:    213.896.2400
Facsimile No.:    213.896.2450

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on May 12, 2008.

                                s/Michelle Ann Herrera
                                Attorneys for

101093639.1