# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071-2040.

On May 15, 2008, I caused a true copy of the foregoing document described as **DEFENDANT SXC HEALTH SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR: 1. MISAPPROPRIATION OF TRADE SECRETS; 2. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; 3. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; 4. UNFAIR COMPETITION; AND 5. INJUNCTIVE RELIEF**

to be served on the parties to this action as follows:

Electronic Service

The following counsel is currently on the list to receive e-mail notices for this case:

Andrea M. Kimball, Esq.
Michelle A. Herrera, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-1414
Telephone: 619-236-1414
Facsimile: 619-232-8311

Attorneys for Plaintiff MedImpact Systems, Inc.

Daryl M. Crone, Esq.
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: 424-652-7800
Facsimile: 424-652-7850

Attorneys for Defendants Richard Scot Giambruno, Thomas N. Tabback
And Independence Health Strategies, LLC

Manual Service

The following counsel is currently not on the list to receive e-mail notices for this case, for whom the foregoing was placed into a sealed envelope addressed as shown below, and said envelope was deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Christopher Tayback, Esq.
Ryan S. Goldstein, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213-443-3000
Facsimile: 213-443-3100

Attorneys for Defendants Richard Scot Giambruno, Thomas N. Tabback
And Independence Health Strategies, LLC

1    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed at Los Angeles, California, on May 15, 2008.

Cheryl A. Boberg
Type or Print Name

*/s/ Cheryl A. Boberg*
Signature

# 5329525_v1