Andrea M. Kimball, State Bar No. 196485
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Facsimile No.: 619.232.8311

Attorneys for Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>Defendants. | Case No.: 08-CV-0590 BTM (CAB)<br><br>**DECLARATION OF SERVICE** |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On June 13, 2008, I caused the following to be served:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF MEDIMPACT HEALTHCARE SYSTEMS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Andrea Kimball, akimball@luce.com, bblock@luce.com, jguerrero@luce.com
- Michelle A. Herrera, mherrera@luce.com, jliskowiak@luce.com
- Richard E. Lyon, Jr., richard.lyon@hklaw.com
- Vito A. Constanzo, vito.costanzo@hklaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice.)

I declare that I am employed in the office at whose direction the service was made. Executed at San Diego, California on June 13, 2008.

s/Andrea M. Kimball
Attorneys for

101092716.1