**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10990 Wilshire Blvd., Suite 400, Los Angeles, California 90024.

On June 20, 2008, I caused a true copy of the foregoing document described as

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS RICHARD SCOT GIAMBRUNO'S, THOMAS N. TABBACK'S AND INDEPENDENCE HEALTH STRATEGIES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

to be served on the parties to this action as follows:

Electronic Service

The following counsel is currently on the list to receive email notices for this case:

Andrea M. Kimball, Esq.
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone: 619-236-1414
Facsimile: 619-232-8311

Attorneys for Plaintiff MedImpact Systems, Inc.

Richard E. Lyon, Jr., Esq.
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: 213-896-2400
Facsimile: 213-896-2450

Attorneys for Defendant SXC Health Solutions, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2008, at Los Angeles, California.

                                        /s/ Daryl M. Crone
                                        Daryl M. Crone

BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850