1  Andrea M. Kimball, State Bar No. 196485
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Plaintiff MedImpact
   Healthcare Systems, Inc.
6

7  Richard E. Lyon, Jr., State Bar No. 46928
   HOLLAND & KNIGHT LLP
8  633 West Fifth Street, 21st Floor
   Los Angeles, California 90071
9  Telephone No.: 213-896-2400
   Fax No.: 213-896-2450
10

   Attorneys for Defendant SXC Health
11 Solutions, Inc.

12

13                UNITED STATES DISTRICT COURT

14                SOUTHERN DISTRICT OF CALIFORNIA

15

16 | MEDIMPACT HEALTHCARE SYSTEMS,        | Case No. 08-CV-0590 BTM(CAB)
   | INC., a California corporation,       |
17 |                                       |
   |         Plaintiff,                    | **JOINT MOTION TO CONTINUE**
18 |                                       | **SETTLEMENT CONFERENCE**
   | v.                                    |
19 |                                       |
   | SXC HEALTH SOLUTIONS, INC., an        |
20 | Illinois corporation;                 |
   | RICHARD SCOT GIAMBRUNO, an            |
21 | individual;                           |
   | THOMAS N. TABBACK, an individual; and |
22 | INDEPENDENCE HEALTH STRATEGIES,       |
   | a Florida limited liability company,  |
23 |                                       |
   |         Defendants.                   |
24

25 / / /

26 / / /

27 / / /

28 / / /

                                    1              Case No. 08-CV-0590 BTM(CAB)

Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. ("MEDIMPACT") and Defendant SXC HEALTH SOLUTIONS, INC. ("SXC"), by and through their respective counsel, hereby jointly move to continue the Settlement Conference presently scheduled for August 5, 2008, to September 5, 2008. This Joint Motion is based on the following facts:

An Early Neutral Evaluation Conference was convened in this matter on June 24, 2008. At the Conference, SXC agreed to provide MEDIMPACT with certain documents prior to the initiation of formal discovery, to allow MEDIMPACT an opportunity to further evaluate its claims in this action. The Court ordered SXC and MEDIMPACT to return for a Settlement Conference on August 5, 2008. SXC did produce the documents as agreed, but the parties request more time for MEDIMPACT to review the same and to engage in follow-up discussions with SXC prior to returning to Court for a Settlement Conference. MEDIMPACT and SXC therefore request that the Settlement Conference be continued from August 5, 2008 to **September 5, 2008, at 10:00 a.m.**

DATED: July 30, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                              By:  s/Andrea M. Kimball
                                   Andrea M. Kimball
                                   Michelle A. Herrera
                                   Attorneys for Plaintiff MedImpact Healthcare
                                   Systems, Inc.


DATED: July 30, 2008          HOLLAND & KNIGHT LLP


                              By:  s/Richard E. Lyon, Jr.
                                   Richard E. Lyon, Jr.
                                   Attorneys for Defendant SXC Health Solutions, Inc.

101109265.1