1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, | Case No. 08-CV-0590 BTM(CAB) |
| 12 | |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER TO CONTINUE** |
| 13 | **SETTLEMENT CONFERENCE** |
| v. | |
| 14 | **[Doc. No. 29]** |
| SXC HEALTH SOLUTIONS, INC., an | |
| 15 Illinois corporation; | |
| RICHARD SCOT GIAMBRUNO, an | |
| 16 individual; | |
| THOMAS N. TABBACK, an individual; and | |
| 17 INDEPENDENCE HEALTH STRATEGIES, | |
| a Florida limited liability company, | |
| 18 | |
| Defendants. | |
| 19 | |

20      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

21      The Court hereby grants Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. and

22 Defendant SXC HEALTH SOLUTIONS, INC.'s Joint Motion to Continue Settlement Conference.

23 The Settlement Conference is continued from August 5, 2008 to **September 5, 2008 at 10:00 a.m.**

24

25 DATED:      August 1, 2008                        _____

26                                        **CATHY ANN BENCIVENGO**
                                        United States Magistrate Judge

27

28