1  Andrea M. Kimball, State Bar No. 196485
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Plaintiff MEDIMPACT
   Healthcare Systems, Inc.
6

7  Richard E. Lyon, Jr., State Bar No. 46928
   HOLLAND & KNIGHT LLP
8  633 West Fifth Street, 21st Floor
   Los Angeles, California 90071
9  Telephone No.: 213-896-2400
   Fax No.: 213-896-2450
10
   Attorneys for Defendant SXC Health
11 Solutions, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                   SOUTHERN DISTRICT OF CALIFORNIA

15

16  MEDIMPACT HEALTHCARE SYSTEMS,           Case No. 08-CV-0590 BTM(CAB)
    INC., a California corporation,
17
         Plaintiff,                         **JOINT MOTION TO CONDUCT
18                                          SETTLEMENT CONFERENCE
    v.                                      SCHEDULED FOR SEPTEMBER 5, 2008
19                                          BY TELEPHONE**
    SXC HEALTH SOLUTIONS, INC., an
20  Illinois corporation;
    RICHARD SCOT GIAMBRUNO, an
21  individual;
    THOMAS N. TABBACK, an individual; and
22  INDEPENDENCE HEALTH STRATEGIES,
    a Florida limited liability company,
23
         Defendants.
24

25  ///

26  ///

27  ///

28  ///

                                        1           Case No. 08-CV-0590 BTM(CAB)

1  Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. ("MEDIMPACT") and
2  Defendant SXC HEALTH SOLUTIONS, INC. ("SXC"), by and through their respective counsel,
3  hereby jointly move for permission to appear at the Court's September 5, 2008 by telephone.  This
4  Joint Motion is based on the following facts:

5  An Early Neutral Evaluation Conference was convened in this matter on June 24, 2008.  At
6  the Conference, SXC agreed to provide MEDIMPACT with certain documents prior to the
7  initiation of formal discovery, to allow MEDIMPACT an opportunity to further evaluate its claims
8  in this action.  The Court ordered SXC and MEDIMPACT to return for a Settlement Conference
9  on August 5, 2008.  SXC did produce the documents as agreed, but the parties request more time
10 for MEDIMPACT to review the same and to engage in follow-up discussions with SXC prior to
11 returning to Court for a Settlement Conference.  The Court continued that conference to
12 September 5, 2008.

13 MEDIMPACT reviewed the disclosures and had follow up questions (a copy of that letter
14 has been submitted to the Court as confidential).  On Friday, August 29, 2008, MEDIMPACT
15 received further disclosures and answers to the questions posed to SXC.  Because of the short time
16 between MEDIMPACT's review of the disclosures (four business days), MEDIMPACT needs
17 time to digest this information and come up with a game plan for continued discussions with SXC.
18 To avoid any disclosures of confidential information, the parties jointly represent that they are
19 making significant progress.  A joint telephonic conference set up with counsel and Your Honor
20 would serve to report back that progress to the Court.  Then, if necessary, an in-person follow up
21 conference could be scheduled.

22 Good cause exists for this request for a telephonic conference (rather than an in person
23 meeting).  SXC's party representative is from Chicago and SXC's counsel is from Los Angeles.
24 Both parties agree that a telephonic conference will be effective at reporting back to the Court and
25 further move this case along.  As such, the parties request the conference be converted to a
26 telephonic conference.

27
DATED: September 2, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP
28

By: s/Andrea M. Kimball
Andrea M. Kimball
Michelle A. Herrera
Attorneys for Plaintiff MEDIMPACT Healthcare Systems, Inc.

DATED: September 2, 2008   HOLLAND & KNIGHT LLP

By: s/Richard E. Lyon, Jr.
Richard E. Lyon, Jr.
Attorneys for Defendant SXC Health Solutions, Inc.

101116056.1