| | |
|---|---|
| 1 | Andrea M. Kimball, State Bar No. 196485 |
|   | Michelle A. Herrera, State Bar No. 209842 |
| 2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
|   | 600 West Broadway, Suite 2600 |
| 3 | San Diego, California 92101-3372 |
|   | Telephone No.: 619.236.1414 |
| 4 | Fax No.: 619.232.8311 |
| 5 | Attorneys for Plaintiff MedImpact |
|   | Healthcare Systems, Inc. |
| 6 | |
| 7 | Richard E. Lyon, Jr., State Bar No. 46928 |
|   | HOLLAND & KNIGHT LLP |
| 8 | 633 West Fifth Street, 21st Floor |
|   | Los Angeles, California 90071 |
| 9 | Telephone No.: 213-896-2400 |
|   | Fax No.: 213-896-2450 |
| 10 | |
|    | Attorneys for Defendant SXC Health |
| 11 | Solutions, Inc. |
| 12 | Daryl M. Crone, State Bar No. 209610 |
|    | BAKER MARQUART CRONE & HAWXHURST, LLP |
| 13 | 10990 Wilshire Boulevard, Fourth Floor |
|    | Los Angeles, California 90024 |
| 14 | Telephone No.: 424.652.7800 |
|    | Fax No.: 424.652.7850 |
| 15 | |
| 16 | Christopher Tayback, Esq., State Bar No. 145532 |
|    | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| 17 | 865 South Figueroa Street, 10th Floor |
|    | Los Angeles, CA 90017-2543 |
| 18 | Telephone:    213.443.3000 |
|    | Fax No.:      213.443.3100 |
| 19 | |
|    | Attorneys for Defendants Richard Scot Giambruno, |
| 20 | Thomas N. Tabback and Independence Health Strategies, LLC |

1                                     Case No. 08-CV-0590 BTM(CAB)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SXC HEALTH SOLUTIONS, INC., an Illinois corporation; RICHARD SCOT GIAMBRUNO, an individual; THOMAS N. TABBACK, an individual; and INDEPENDENCE HEALTH STRATEGIES, a Florida limited liability company,<br><br>　　　　Defendants. | Case No. 08-CV-0590 BTM(CAB)<br><br>**JOINT MOTION TO CONTINUE DEADLINE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff MEDIMPACT HEALTHCARE SYSTEMS, INC. ("MedImpact"), Defendant SXC HEALTH SOLUTIONS, INC. ("SXC"), Defendant RICHARD SCOT GIAMBRUNO, Defendant THOMAS N. TABBACK and Defendant INDEPENDENCE HEALTH STRATEGIES, by and through their respective counsel, hereby jointly move to continue the date by which MedImpact shall file its Second Amended Complaint from September 18, 2008 to October 30, 2008. This Joint Motion is based on the following facts:

MedImpact filed its original Complaint on March 28, 2008, and its First Amended Complaint on April 18, 2008. On May 9, 2008, Defendants Giambruno, Tabback and Independence Health Strategies filed a Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). On September 3, 2008, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss, and granting MedImpact leave to file a Second Amended Complaint within 15 days, or by September 18, 2008. The parties seek a short continuance of this deadline for two reasons. First, the parties are presently engaged in settlement negotiations and prefer to focus their efforts toward that end rather than another round of pleadings and, potentially, pleading challenges. Second, under the present deadline Defendants' response date would conflict with the vacation plans of SXC's attorney of record.

The parties accordingly submit this joint motion to continue the deadline by which MedImpact shall file its Second Amended Complaint from September 18, 2008 to October 30, 2008.

DATED: September 12, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                   By:  s/Michelle A. Herrera
                                        Andrea M. Kimball
                                        Michelle A. Herrera
                                        Attorneys for Plaintiff MedImpact Healthcare
                                        Systems, Inc.


DATED: September 12, 2008          HOLLAND & KNIGHT LLP


                                   By:  s/Richard E. Lyon, Jr.
                                        Richard E. Lyon, Jr.
                                        Attorneys for Defendant SXC Health Solutions, Inc.


DATED: September 12, 2008          BAKER MARQUART CRONE & HAWXHURST, LLP


                                   By:  s/Daryl M. Crone
                                        Daryl M. Crone
                                        Attorneys for Defendants Richard Scot Giambruno,
                                        Thomas N. Tabback and Independence Health
                                        Strategies, LLC


DATED: September 12, 2008          QUINN EMANUEL URAUHART OLIVER &
                                   HEDGES, LLP


                                   By:  s/Christopher Tayback, Esq.
                                        Christopher Tayback
                                        Attorneys for Defendants Richard Scot Giambruno,
                                        Thomas N. Tabback and Independence Health
                                        Strategies, LLC

101117557.1