1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MEDIMPACT HEALTHCARE SYSTEMS,        Case No. 08-CV-0590 BTM(CAB)
   | INC., a California corporation,

12
   |        Plaintiff,                    **ORDER GRANTING JOINT MOTION TO**
13 |                                       **DISMISS ACTION, WITH PREJUDICE**
   | v.
14
   | SXC HEALTH SOLUTIONS, INC., an
15 | Illinois corporation; RICHARD SCOT
   | GIAMBRUNO, an individual; and
16 | INDEPENDENCE HEALTH STRATEGIES,
   | a Florida limited liability company,
17
   |        Defendants.
18

19        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

20        The Court hereby GRANTS the parties' Joint Motion to Dismiss Action (docket entry 76)

21 as amended by docket entry 78, with prejudice.

22        IT IS SO ORDERED.

23

24 DATED:  December 8, 2009        _____
                                   Hon. Barry Ted Moskowitz
25                                 United States District Judge

26 101200856.1

27

28

                                   1          Case No. 08-CV-0590 BTM(CAB)